IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAMAR and CINDY THOMAS | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 3:07-cv-955 |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, DONNY HOLLEY, et al., | ) ) ) |
| | ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Southern District of Alabama's General Order No. 3.4:

The following entities are hereby reported:

> State Farm Fire and Casualty Company is a stock company, the stock of which is wholly owned by State Farm Mutual Automobile Insurance Company. The stock of State Farm Fire and Casualty Company is not publicly traded.

    s/ James H. Anderson
**JAMES H. ANDERSON [AND021]**
Counsel for Defendant State Farm Fire and Casualty Company

**Of Counsel:**

**BEERS, ANDERSON, JACKSON,
 PATTY, & FAWAL, P.C.**
P. O. Box 1988
Montgomery, Alabama  36102-1988
Tel:  (334) 834-5311 / Fax:  (334) 834-5362


CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing CORPORATE/CONFLICT DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nick Wooten, Esq.<br>**WOOTEN LAW FIRM, P.C.**<br>P. O. Drawer 290<br>Lafayette, AL 35862 | David Hodge , Esq.<br>**PITTMAN, HOOKS, DUTTON, KIRBY<br>& HELLUMS, P.C.**<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, Alabama 35203 |

on this the 25th day of October, 2007.

/s/ James H. Anderson
Of Counsel