IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAMAR THOMAS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 3:07-cv-955-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY COMPANY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc.. #7) filed on November 6, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 21, 2007. The plaintiffs may file a reply brief on or before November 30, 2007.

DONE this the 7th day of November, 2007.

                                                   /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE