IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAMAR THOMAS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 3:07-cv-955-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Request for Admission (Doc. #10) filed on November 8, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 13th day of November, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE