IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAMAR and CINDY THOMAS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER |
| ) | 3:07-cv-00955-MEF-SRW |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' SUPPLEMENTAL FILING IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

Come now Lamar and Cindy Thomas and hereby provide supplemental evidence in support of their motion to remand as follows:

1. On or about November 6, 2007, plaintiffs filed a motion to remand in this matter.

2. The undersigned filed similar motions to remand in the cases *Wyatt Finch v. State Farm Fire and Casualty Company, et al.* and *Annie Hawkins v. State Farm Fire and Casualty Company, et al.* Those cases are identical to the case at bar. Honorable Myron Thompson granted the undersigned's motions in these cases on November 16, 2007. The Court specifically found that there was no

fraudulent joinder and have remanded these cases to Circuit Court. Copies of these orders are attached hereto as Exhibits A and B, respectively.

                Respectfully submitted,

                **s/ David J. Hodge**
                Bar Number: ASB-5583-L73C
                Of Counsel for Plaintiffs
                Pittman, Dutton, Kirby & Hellums, P.C.
                2001 Park Place North, Suite 1100
                Birmingham, Alabama 35203
                (205) 322-8880
                (205) 328-2711 facsimile
                Email: PDKH-efiling@pdkhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **16th** day of **November, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                **s/ David J. Hodge**
                Of Counsel

# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WYATT FINCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:07cv952-MHT |
| ) | |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY and ) | |
| DONNY HOLLEY, ) | |
| ) | |
| Defendants. ) | |

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. The court agrees with plaintiff that there has been neither fraudulent joinder, Coker v. Amoco Oil Co., 709 F.2d 1433, 1440 (11th Cir. 1983); Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989),

nor <u>fraudulent misjoinder</u>, <u>Tapscott v. MS Dealer Service Corp.</u>, 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (Doc. No. 11) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Chambers County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 16th day of November, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANNIE C. HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:07cv953-MHT |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY and | ) |
| DONNY HOLLEY, | ) |
| | ) |
| Defendants. | ) |

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. The court agrees with plaintiff that there has been neither fraudulent joinder, Coker v. Amoco Oil Co., 709 F.2d 1433, 1440 (11th Cir. 1983); Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989),

nor <u>fraudulent misjoinder</u>, <u>Tapscott v. MS Dealer Service Corp.</u>, 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (Doc. No. 10) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Chambers County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 16th day of November, 2007.


　　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE